

# In the
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-23-00004-CR

_____

JOSEPH KAWL STEPHENS, JR., Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the County Court at Law No. 1
Hunt County, Texas
Trial Court No. CR2200032

Before Stevens, C.J., van Cleef and Rambin, JJ.
Memorandum Opinion by Chief Justice Stevens

# MEMORANDUM OPINION

Appellant Joseph Kawl Stephens, Jr., has filed a waiver of the right to appeal in this Court, which we interpret as a motion to dismiss this appeal. *See Sauls v. State*, No. 11-22-00146-CR, 2022 WL 2070326, at *1 (Tex. App.—Eastland June 9, 2022, no pet.) (per curiam) (mem. op., not designated for publication).

As authorized by Rule 42.2 of the Texas Rules of Appellate Procedure, we grant the motion. *See* TEX. R. APP. P. 42.2(a).

Accordingly, we dismiss this appeal.

Scott E. Stevens
Chief Justice

Date Submitted:    March 29, 2023
Date Decided:    March 30, 2023

Do Not Publish